# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 24, 2014

149102

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

VICTORIA BROWN and JAMES BROWN,
   Plaintiffs-Appellees,

v

              SC:  149102
              COA:  320730
RACHEL WONSACK and IRENE LOVE,   Wayne CC:  11-006128-NI
   Defendants-Appellants.

_____/

   On order of the Court, the application for leave to appeal prior to decision by the Court of Appeals is considered, and it is DENIED, because the Court is not persuaded that the question presented should be reviewed by this Court before consideration by the Court of Appeals.





   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 24, 2014

Clerk

h0616